IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO L. BALDI, III, | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| UPPER DARBY TOWNSHIP, | NO. 22-2274 |
| Defendant. | |

**O R D E R**

**AND NOW**, this 23rd day of September, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No.17) and all responses thereto, it is hereby **ORDERED** that the Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.